# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

CAROL DORSEY                                                                PLAINTIFF

VS.                                              CIVIL ACTION NO. 3:15cv566-DPJ-FKB

JACKSON PUBLIC SCHOOL DISTRICT                                  DEFENDANT

## ORDER DENYING MOTION TO EXTEND DEADLINES

Before the Court is Plaintiff's Motion to Extend Deadlines [66]. Plaintiff requests that the Court modify the Case Management Order so as to make the discovery deadline September 15, 2017, and the dispositive motions deadline September 29, 2017. Plaintiff explains that the extension is necessary due to difficulty in setting depositions around plaintiff's counsel's schedule.

Granting this extension would force the Court to change the trial date to a setting no earlier than March 2018.[1] Given the age of this case, and the fact that the Court has previously granted an extension of the discovery and dispositive motions deadline to Plaintiff (*see* Text-Only Order, 5/18/17), the Court finds that Plaintiff has failed to demonstrate sufficient good cause, per Fed. R. Civ. P. 16(b)(4), to support another modification of the Case Management Order. The Court therefore denies the Motion.

This Order does not preclude the parties from filing a separate motion to continue the trial date.

SO ORDERED, this the 12th day of July, 2017.

                                               /s/ F. Keith Ball
                                       UNITED STATES MAGISTRATE JUDGE

---

[1] The Court generally requires a period of five months between the dispositive motions deadline and the trial date. This policy exists to ensure the Court has sufficient time to rule on any dispositive motions prior to the start of trial.